UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
JANE DOE on behalf of herself and all
others similarly situated,
      Plaintiff,

v.

OXFORD HEALTH INSURANCE, INC.

      Defendants.
-----------------------------------------------------------x

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ APR 05 2018 ★
BROOKLYN OFFICE

Case No.: 1:17-cv-00316-JBW-RER

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Jane Doe and Defendant Oxford Health Insurance, Inc., the parties to the above captioned action, stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the action hereby is and shall be voluntarily dismissed with prejudice, without fees and costs to either party, and the parties waive all rights to appeal.

**IT IS SO STIPULATED.**

Dated: March 27, 2018

Respectfully submitted,

By: /s/ *Patrick J. Sheehan*
Patrick J. Sheehan
**WHATLEY KALLAS, LLP**
1180 Avenue of the Americas, 20th Floor
New York, New York 10036
Telephone: (212) 447-7060
Facsimile: (800) 922-4851
Email: psheehan@whatleykallas.com

Deborah Winegard
**WHATLEY KALLAS, LLP**
1068 Virginia Avenue, NE
Atlanta, GA 30306
Telephone: (404) 607-8222
Email: dwinegard@whatleykallas.com

*[Handwritten note: "close the case. So ordered. /s/ Jack B. Weinstein 3/29/18"]*

Jordan Lewis
**JORDAN LEWIS, P.A.**
4473 N.E. 11th Avenue
Fort Lauderdale, FL 33334
Telephone: 954-616-8995
Facsimile: 954-206-0374
Email: *jordan@jml-lawfirm.com*

*Attorneys for Plaintiff Jane Doe*


By: */s/ Timothy E. Branson*
Richard H. Silberberg (NY#1508142)
silberberg.richard@dorsey.com
51 West 52nd Street
New York, NY 10019-6119
Telephone: (212) 415-9200

Timothy E. Branson (MN #0174713) *Pro Hac Vice*
branson.tim@dorsey
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

*Attorneys for Defendant
Oxford Health Insurance, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of the filing to all registered participants identified on the Notice of Electronic Filing.

/s/Patrick J. Sheehan
Patrick J. Sheehan